**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| D. L. TAYLOR, a.k.a. Ivory Curtis, a.k.a. I. C. Taylor, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> M. J. JOHNSON, <br><br> Defendant-Appellee. | No.   16-15257 <br><br> D.C. No. 3:12-cv-03424-CRB <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Charles R. Breyer, District Judge, Presiding

Submitted December 14, 2016[**]

Before:     WALLACE, LEAVY, and FISHER, Circuit Judges.

D. L. Taylor, a.k.a. Ivory Curtis, a.k.a. I. C. Taylor, a California state

prisoner, appeals pro se from the district court's summary judgment in his 42

U.S.C. § 1983 action alleging excessive force in violation of the Eighth

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Amendment.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo,

*Brodheim v. Cry*, 584 F.3d 1262, 1267 (9th Cir. 2009), and for the reasons stated

by the district court we affirm.

Taylor's requests for judicial notice are denied.

**AFFIRMED.**